**CLOSED**

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| BRUCE MCLAUGHLIN, | : |
| Plaintiff, | : |
| | : **Civil Action No. 11-7325 (SRC)** |
| v. | : |
| | : **ORDER** |
| UNITED STATES OF AMERICA, | : |
| Defendant. | : |

**CHESLER**, District Judge

This matter having come before the Court on the motion by Defendant United States of America to dismiss the Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) [docket entry 5]; and pro se Plaintiff Bruce McLaughlin having opposed the motion; and the Court having opted to rule on the motion without oral argument, pursuant to Federal Rule of Civil Procedure 78; and the Court having considered the papers filed by the parties; and for the reasons expressed in the Opinion filed herewith; and good cause shown,

**IT IS** on this 20th day of April, 2012,

**ORDERED** that Defendant's motion [docket entry 5] be and hereby is **GRANTED**; and it is further

**ORDERED** that the Complaint be and hereby is **DISMISSED WITH PREJUDICE**.

 s/Stanley R. Chesler
STANLEY R. CHESLER
United States District Judge